WILLIAM S. FRATES, II, P.A.
William S. Frates, II
830 Azalea Lane
Vero Beach, FL 32963
Tel: (772) 231-5896
FBN 107898
Email: billf@frates.com

THOMAS F. DASSE
14646 No. Kierland Blvd., Suite #235
Scottsdale, AZ 85254
Tel: (480) 998-8222
Email: tdasse@dasselaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALFRED GONZALEZ, as personal representative of The Estate of MARTIN E. GONZALEZ, Deceased, and ALFRED GONZALEZ, individually, and for the benefit of MARY L. GONZALEZ, as surviving parents of MARTIN E. GONZALEZ, Deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., F/K/A/ CONTINENTAL GENERAL TIRE, INC., an Ohio Corporation,<br><br>　　Defendant. | CASE NO. CV00-611 TUC (JM)<br><br>**REPLY MEMORANDUM TO CTNA MOTION IN LIMINE DKT. NO. 447 REGARDING DISSIMILARITY OF THE *LAMPE* TIRE** |

　　The Plaintiffs, above-named, file this, their Reply Memorandum to Continental Tire North America, Inc. ("CTNA's") Motion in Limine Docket Number 447 Regarding Dissimilarity of the *Lampe* Tire and, states as follows:

1

**The Lampe Tire Comparison:**

The objections of CTNA on this matter illustrate how far it will go to try to distinguish individual tires, so that it can say to the Court and jury that it has a good record, rather than an incredibly bad one. The Lampe tire was not just something like the subject tire; they are the same tires – both are Ameri*Tech ST. Except for tread patterns and sizes, the two tires are almost identical. For purposes of tread belt separation analysis they are identical.

Similarities in tire construction - Gonzalez v Lampe

| Material | Common to both tires |
|---|---|
| Belt Skim compound | FB170 |
| Belt Skim Gauge | .046" |
| Belt EPI | 24 |
| Belt Steel | 2x.30mm HT |
| Belt cord Angle | 20 degrees |
| Belt Skim Over top cord | .011 |
| Sidewall compound | FT506 |
| Rimstrip compound | FS126 |
| Innerliner compound | FL11 |
| Squeege compound | FB200/.015" |
| Tread base compound | FT-311 |
| Gum Insert compound | FB170 |
| Carcass Ply | 1 ply polyester |
| Carcass ply gauge | .043" |

Both tires had the same relevant components, were built using the same standard practices, developed nationally in one technical center, using personnel trained in the same system, and similar if not identical machinery processes controlled by its national headquarters. The tread separation problems with Defendant's passenger tires occurred in all three North American plants: Charlotte, Mt. Vernon, and Mayfield. The documents that have been used in most of the depositions taken in both this case and in Lampe compare the progress and methods of all three plants. The

2

head Quality Assurance manager, Mr. Espinal, typically sent his progress reports to all three plant managers. Plant managers often moved laterally from one plant to another. While there are no doubt minor differences between any two situations, they no not amount to material differences for purposes of tread belt separation analysis. Plaintiff's tire expert, Robert Ochs, also testified in the Lampe case. He was examined by one of the same attorneys that have appeared in depositions in this case. It is hard to imagine more similarity.

The differences alleged by CTNA between the two tires are not material differences on the issue of tread belt separations. We are not building a tire in this case; we are examining tires that have used the same defective component and have suffered the same problem – tread belt separation. The issue defines the scope of proper examination, as the courts have recognized. For obvious reasons CTNA claims that every difference is significant. A more in depth look at some of its claims shows their weakness.

Example 1 – CTNA argues that tread design and tread compound differences are significant for determination of tread belt separation analysis. (CTNA Brief on its Motion to Exclude Dissimilar Tires, p 5). In stark contrast to its argument however, is the actual testimony of CTNA employees:

Wayne Hall (CTNA tire engineer)

```
p 27 –
09:30:39  1       Q.  All right.  Is it your understanding
09:30:40  2   that tread designs have an effect upon belt tread
09:30:46  3   separation?
09:30:46  4       A.  No, they don't.
```

David Peterman (CTNA Manager or GM OE qualification)

P 29

```
24  Q.  When you change the compound of the tread --
25  A.  Yes.
 1  Q.  -- that's not generally considered something that is
 2      going to have a dramatic effect upon tread/belt
 3      separations, is it?
 4  A.  That's correct.
```

32

```
12  Q.  Does the compound of the tire that affects traction,
13      is that generally something that directly affects or
14      significantly affects tread/belt separation?
15          MR. HARTLINE:  Objection to form.
16  A.  Again, the compounds that we use and have in our
17      stable of compounds, we don't see any difference in
18      the durability.
19  Q.  But if you use one versus another one, it doesn't have
20      any significant affect on tread/belt separations.
21          MR. HARTLINE:  Objection to form.
22  Q.  Is that correct?
23  A.  Yes, that's correct.
```

Defendant also argues that significant differences exist between the subject tire and other original equipment (OE) tires. Again such differences are minor and not significant for tread separation purposes. The testimony of James Sears (CTNA Vice President is instructive:

P 160

```
 2  Q.  Well, if somebody bought an Ameri-Tech ST as original
 3      equipment on a Chevy Cavalier, for instance, and the
 4      tire wore out and they wanted to replace it with a
 5      replacement Ameri-Tech ST, would they get the same
 6      tire?
 7  A.  Yes.
 8  Q.  Would it be the same compound?
 9  A.  Yes.
10  Q.  That replacement tire then, would be identical to the
11      original equipment tire?
12  A.  In that size, yes.  But if they wanted to, say,
```

4

```
13    upgrade to a different size, it may not be the same
14    tread compound.
```

Defendant argues it makes a major difference at which of its three North American plants a tire is made. The testimony of CTNA employees is again to the contrary:

Rick Scott (CTNA Tire Engineer)

P 98
```
12:16:13 16        Q.  Do you know differences, if any,
12:16:18 17    between Ameri*Tech ST tires that are made in
12:16:29 18    different plants?  In other words, similarities or
12:16:32 19    differences in the same tire made in different
12:16:34 20    plants?  Are you aware one way or the other?
12:16:37 21        A.  There are always differences in the
12:16:39 22    manufacturing processes; however, the intent is to
12:16:51 23    produce the same tire at each plant.
12:16:51 24        Q.  Certainly in terms of safety the tire,
12:16:51 25    the tire should be the same from both plants,
                                99
12:16:51  1    should it not?
12:16:52  2            MR. TRENT:  Object to the form.
12:16:53  3        A.  Yes, sir.
12:16:53  4        Q.  In terms of belt edge durability it
12:16:56  5    should be the same?
12:16:57  6        A.  Yes, sir.
12:16:57  7        Q.  Tread separation?
12:16:58  8        A.  Yes, sir.
```

James Sears (CTNA Vice President)

```
 6  Q.  If a customer bought a tire with a certain brand name
 7      on it, a General Ameri-Tech ST, for instance, just as
 8      an example, should that customer have to worry about
 9      where that tire was made?
10              MR. MORAN:  Object to the form of the
11          question.
12  A.  Well --
13  Q.  What plant?
14  A.  No, he should not.
15  Q.  The quality would be consistent and the same
16      regardless of what plant it was made in?
```

```
17  A.  That's correct.
Mr. Sears                                           113

11  Q.  Oh, all right.  He gave some examples, and those are
12      the kinds of things that I'm asking you about.  What
13      ingredients are the same or were the same at General
14      Tire from plant to plant in --
15  A.  Things that could be common would be polyester ply
16      cord, belt material, skim stock --
17  Q.  Let me stop you as you go along.  When you say belt
18      material, you mean the rubber and the steel?
19  A.  When I said belt material, I meant the steel in that
20      case.  And the compound, going on, could be the same,
21      probably was the same.
 5  Q.  And are the machinery -- is the machinery that is made
 6      that you make a tire on basically the same as well?
 7      Understanding that you have single stage and double
 8      stage and two stage tire-building machines, are you
 9      generally using the same type of machines throughout
10      the United States in the time period that we're
11      talking about?
12              MR. MORAN:  Object to the form of the
13          question.
14  A.  Including both of those types of machines because they
15      are quite different, yes.  The machines would be
16      basically the same.  There would be single stage
17      machines in each plant and multi-stage machines.
24  Q.  So you're going to be using the same compounds then in
25      the same polyester and the same steel?
   Mr. Sears                                           115
 1  A.  That's correct.
 2  Q.  And you're going to be using the same machinery to
 3      build the tires?
 4              MR. MORAN:  Object to the form of the
 5          question.  Asked and answered.
 6  A.  That's correct.
```

Most importantly, CTNA has argued that the FB170 belt rubber compound "evolved" over time and even at any given time was not the same everywhere. Two points need to be made regarding this argument. First, it is apparently not true.

6

JEFF MULLENS DEPO EXCERPT IN LAMPE: PAGES 65-66:

```
                              65
10        Q.  But a specific formula for something
11   like a B-170 compound or a specific type of compound,
12   that would pretty much stay the same; is that right?
13            MR. LATIOLAIT:  Objection.  Calls for
14   speculation.
15            MR. FIUR:  If you know.
16        A.  Yeah.  It would basically stay the same
17   with minute changes as far as weather conditions
18   outside were concerned but -- other things like that
19   had to be taken into consideration.
20   BY MR. FIUR:
21        Q.  The basic recipe was always the same?
22            MR. LATIOLAIT:  Objection.  Calls for
23   speculation.
24        A.  It wouldn't be speculation.
25
                              66
 1   BY MR. FIUR:
 2        Q.  You actually worked with it every day,
 3   didn't you?
 4        A.  Yes, sir.
```

The second point is even more important. CTNA maintains that there are significant differences between FB170 compounds over time and between plants – yet it hides the formula, so that no one can examine or test its conclusions. In this case Plaintiff asked CTNA early on in discovery to produce its formula for the belt rubber. CTNA refused, claiming trade secret status. It now wants to hide behind its refusal to show the formula, while at the same time arguing that we should trust it, that there are significant differences in the formula. This is so patently unfair as to be absurd. CTNA should not be allowed to make such claims. It cannot refuse to produce the differences and then introduce self-serving testimony that the differences are significant!

Furthermore, common sense and CTNA practice indicates the opposite conclusion. The numbering system used by CTNA changed in ordered numbered

7

increments. That is, their numbers increased as they made significant changes. They even gave new numbers to belt formulas that were experimental and never implemented in day to day production. Ed Morant, CTNA chief chemist, developed the formula called FB70. After that time the numbers increased to FB139 (used up to 1987) then to FB170 (the subject compound). CTNA says that it always continued testing new compounds. There are CTNA records in evidence indicating that FB188 was prototype tested, but apparently never made it into production. In 1997 the belt rubber formula was changed to FB207. The evidence shows therefore, that significant changes were given new sequential numbers. This conclusion is also supported by common sense. The logical conclusion therefore, it that any revision changes to the belt formula (if any existed) were minor, not requiring a new number, or new FMVSS compliance testing. Further, the fact that CTNA continued to have massive numbers of tread separation failures across its passenger tire lines, argues strongly that even if there were minor changes in FB170 belt rubber, they did not affect the adhesion durability of the belts – which is the whole point.

**Conclusion:**

For the above and foregoing reasons, CTNA's Motion to exclude substantially similar tires such as the *Lampe* case tire should be denied.

Dated this 18th day of August, 2005.

WILLIAM S. FRATES, II, P.A.

By: /s/ William S. Frates
    William S. Frates, II
    FL Bar No.: 107898
    Attorney for Plaintiffs

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 18, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Graeme Hancock, Esq.
Lawrence E. Palles, Esq.
Fennemore Craig
3003 North Central Avenue
Suite 2600
Phoenix, AZ  85012-2913
ghancock@fclaw.com
mreimann@fclaw.com

C. Vernon Hartline, Jr., Esq.
Scott Edwards, Esq.
Hartline, Dacus, Barger, Dreyer & Kern
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206-3900
hartline@flash.net

Thomas F. Dasse
Law Office of Thomas F. Dasse, P.C.
14646 N. Kierland Blvd., Suite 235
Scottsdale, AZ  85254
tdasse@dasselaw.com
jtomlinson@dasselaw.com

                                             /s/ William S. Frates, II
                                             William S. Frates, II